IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERNA BRAMBERGER, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHANN BRAMBERER, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No:  3:10CV1626<br><br>Judge David A. Katz<br><br>**ORDER** |

\*\*\*\*\*

This matter having come before the Court, and the Court finds that Plaintiff' Request for Extension of Time is well-taken.

It is therefore **ORDERED** that Plaintiff has until March 20, 2012 to respond to Defendant, United States of America's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Memorandum in Support.

**IT IS SO ORDERED.**

| 3/2/12 | /s/ David A. Katz |
|---|---|
| Date | Judge David A. Katz |